UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -  :  08 Cr.

JAMES ROCHESTER,

          Defendant.  :

- - - - - - - - - - - - - - - - - - x

08 CRIM 302

## COUNT ONE

The Grand Jury charges:

1. On or about February 12, 2008, in the Southern District of New York, JAMES ROCHESTER, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, ROCHESTER robbed approximately $425 from the North Fork Bank located at 2379 Broadway, New York, New York 10024, by threatening a bank employee with harm if money in the bank's custody was not given to ROCHESTER.

(Title 18, United States Code, Section 2113(a).)

## COUNT TWO

The Grand Jury further charges:

2. On or about February 16, 2008, in the Southern District of New York, JAMES ROCHESTER, the defendant, unlawfully,

willfully, and knowingly, by force and violence, and by intimidation, did take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, ROCHESTER robbed approximately $2,880 from the Wachovia Bank located at 2330 Broadway, New York, New York 10024, by threatening a bank employee with harm if money in the bank's custody was not given to ROCHESTER.

(Title 18, United States Code, Section 2113(a).)

## COUNT THREE

The Grand Jury further charges:

3. On or about February 23, 2008, in the Southern District of New York, JAMES ROCHESTER, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, ROCHESTER robbed approximately $1,452 from the Sovereign Bank located at 2275 Broadway, New York, New York 10024, by threatening a bank employee with harm if money in the bank's custody was not given to ROCHESTER.

(Title 18, United States Code, Section 2113(a).)

<u>COUNT FOUR</u>

The Grand Jury further charges:

4. On or about March 24, 2008, in the Southern District of New York, JAMES ROCHESTER, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take from the person and presence of another, property and money and other things of value belonging to, and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, ROCHESTER robbed approximately $4,500 from the Wachovia Bank located at 2040 Broadway, New York, New York 10023, by threatening a bank employee with harm if money in the bank's custody was not given to ROCHESTER.

(Title 18, United States Code, Section 2113(a).)

_____                    _____
FOREPERSON                                   MICHAEL J. GARCIA
                                             United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAMES ROCHESTER,

                 Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 2113(a))

            MICHAEL J. GARCIA
            United States Attorney.

A TRUE BILL

                           Foreperson.

4/7/08 SRM

Filed indictment. Case assigned to Judge Patterson.
— Francis, J.