UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA        :    ORDER

       -v-                           :    08 CR. 302 (RPP)

JAMES ROCHESTER,                :

       Defendant.              :

- - - - - - - - - - - - - - - - - -X

    It is hereby ORDERED that the pretrial conference in this case is continued from May 9, 2008 to June 9, 2008.

    The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant and his counsel to review the additional discovery material and to determine whether the defendant wishes to make any motions. Accordingly, it is further ORDERED that the time between May 9, 2008 and June 9, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: New York, New York
      May 6, 2008

                                    ROBERT P. PATTERSON
                                    UNITED STATES DISTRICT JUDGE